## 53265. MYERS et al. v. FENTERS.

QUILLIAN, Presiding Judge.
The instant appeal of an interlocutory order must be dismissed for failure to comply with Code Ann. § 6-701 (a) 2 (Ga. L. 1975, pp. 757, 758) in that no application for review was applied for or granted by this court.

*Appeal dismissed. Stolz and Shulman, JJ., concur.*

SUBMITTED JANUARY 11, 1977 — DECIDED JANUARY 28, 1977.

Paul C. Myers, *pro se.*
*Leonard N. Steinberg, Paul E. Cormier,* for appellee.